UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**Javier GARCIA-Villegas,** )<br>)<br>)<br>Defendant )<br>_____) | Magistrate Case No.<br>**'08 MJ 1604**<br>COMPLAINT FOR VIOLATION OF:<br><br>Title 8, U.S.C., Sec. 1325<br>Illegal Entry (Misdemeanor) |

The undersigned complainant, being duly sworn, states:

That on or about **May 21, 2008,** within the Southern District of California, defendant, **Javier GARCIA-Villegas**, an alien, did knowingly and willfully enter the United States at a time and place other than as designated by Immigration Officers, and elude examination and inspection by Immigration Officers, a misdemeanor; in violation of Title 8, United States Code, Section 1325.

The complainant further states that this complaint is based on statement of the apprehending officer that the defendant was found at or near **San Ysidro, California**, and upon inquiry was unable to establish United States citizenship, and admitted to apprehending officer(s) that he was a citizen of **Mexico**, and had no right to be in or to enter the United States. It is further based upon the defendant's admission that he last entered the United States without inspection near **San Ysidro, California**, on or about **May 21, 2008**.

The complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

_____
SIGNATURE OF COMPLAINANT
James Trombley

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE THIS **22ND** DAY OF **MAY, 2008.**

_____
Anthony J. Battaglia
UNITED STATES MAGISTRATE JUDGE

CONTINUATION RE:
Javier GARCIA- Villegas

**PROBABLE CAUSE STATEMENT**

On May 21, 2008, at approximately 5:39 P.M., Border Patrol Agent A. Kim was performing line watch duties in an area known as "Druckers." This area is approximately five miles east of the San Ysidro, California Port of Entry and approximately 30 yards north of the United States/Mexico International Boundary.

A Remote Video Surveillance System Operator (RVSS) advised Agent Kim of two individuals heading north in " Druckers." As Agent Kim approached the area, he observed one of the two individuals return back to Mexico. RVSS notified Agent Kim that the other individual was just north of the secondary fence. Agent Kim responded to the reported location and searched the area. Agent Kim found an individual later identified as the defendant **Javier GARCIA-Villegas**, concealing himself in a nearby bush alongside the truck lane. Agent Kim identified himself as a United States Border Patrol Agent and questioned the defendant as to his country of citizenship and nationality. The defendant freely admitted that he is a citizen and national of Mexico illegally present in the United States and possessed no immigration documentation permitting him to enter or remain in the United States legally. At approximately 5:40 P.M., Agent Kim arrested the defendant and subsequently had him transported to the Imperial Beach Border Patrol Station for processing.

The defendant was advised of his Miranda rights. The defendant stated that he understood his rights and was willing to answer questions without an attorney present. The defendant admitted that he is a citizen and national of Mexico illegally present in the United States. The defendant stated that he illegally jumped the United States/Mexico International Boundary fence. The defendant stated his intended destination was Pomona, California.