1 **JAMES M. CHAVEZ**
California State Bar No. PENDING
2 **JOHN C. ELLIS, JR.**
California Bar No. 228083
3 FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
4 San Diego, California 92101-5030
Telephone (619) 234-8467
5 Facsimile (619) 687-2666
james_chavez@fd.org
6

7 Attorneys for Mr. Garcia-Villegas

8                              UNITED STATES DISTRICT COURT

9                         FOR THE SOUTHERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,        )   Case No. 08mj1604
                                      )
12 |         Plaintiff,                )
                                      )
13 | v.                                )
                                      )   **NOTICE OF APPEARANCE**
14 | **JAVIER GARCIA-VILLEGAS**,       )
                                      )
15 |         Defendant.                )
                                      )

16

17         Pursuant to implementation of the CM/EMF procedures in the Southern District of California,

18 James M. Chavez, Federal Defenders of San Diego Inc., files this Notice of Appearance as lead attorney in

19 the above-captioned case.

20                                              Respectfully submitted,

21 Dated: May 29, 2008                           *s/ James M. Chavez*
                                                Federal Defenders of San Diego, Inc.
22                                              *james_chavez@fd.org*

1 **JAMES M. CHAVEZ**
California State Bar No. PENDING
2 **JOHN C. ELLIS, JR.**
California Bar No. 228083
3 FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
4 San Diego, California 92101-5030
Telephone (619) 234-8467
5 Facsimile (619) 687-2666
james_chavez@fd.org
6

7 Attorneys for Mr. Garcia-Villegas

8 UNITED STATES DISTRICT COURT

9 SOUTHERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,        )   Case No. 08mj1604
                                    )
12         Plaintiff,                )
                                    )
13 v.                                )   **PROOF OF SERVICE**
                                    )
14 **JAVIER GARCIA-VILLEGAS**,      )
                                    )
15         Defendant.                )
                                    )
16

17         Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best

18 of his information and belief, and that a copy of the foregoing document has been served via CM/ECF this

19 day upon:

20         **UNITED STATES ATTORNEY**
           efile.dkt.gc1@usdoj.gov,
21

22 Dated: May 29, 2008                              s/ *James M. Chavez*
                                                   JAMES M. CHAVEZ
23                                                 Federal Defenders of San Diego, Inc.,
                                                   225 Broadway, Suite 900
24                                                 San Diego, CA 92101-5030
                                                   (619) 234-8467  (tel)
25                                                 (619) 687-2666  (fax)
                                                   e-mail: james_chavez@fd.org
26

27

28